# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **23mj3022** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Diego NAVA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 18, 2023, within the Southern District of California, Diego NAVA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Nick Jones
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of August 2023.

HON ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Nick Jones, declare under penalty of perjury, the following is true and correct:

On August 18, 2023, at approximately 9:05 PM, Diego A. NAVA ("NAVA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #7. NAVA was the driver, and sole occupant of a 2013 Chrysler 200 ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from NAVA. NAVA stated he was crossing the border to go to Escondido, California.

Further inspection of the vehicle resulted in the discovery of packages concealed in a duffle bag in the trunk of the vehicle, with a total approximate weight of 22.92 kgs (50.52 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

NAVA was placed under arrest at approximately 9:05 PM.

During a post-Miranda interview, NAVA admitted that he was going to be paid $3,000 USD to smuggle the narcotics into the United States. NAVA claimed he would be provided details on where to deliver the narcotics after crossing the border.

1

NAVA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on August 19, 2023, at    2:39 Am

*[signature]*

Nick Jones, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Diego A. NAVA, named in this probable cause statement, committed the offense on August 18, 2023, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

*[signature: Allison H. Goddard]*     2:54 AM, Aug 19, 2023

Hon. Allison H. Goddard     Date/Time

United States Magistrate Judge

2